# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0858

_____

LAZARO GARCIA-RUIZ

Appellant,

v.

ROYAL POOL/AIG CLAIMS, INC.,

Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident:   January 29, 2015.

August 24, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard A. Sicking and Mark A. Touby of Touby, Chait & Sicking, P.L., Coral Gables, for Appellant.

Warren Brown of Brown & Pena, P.A., Hollywood, for Appellee.